| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Shadid, James E. | 2. Court or Organization United States District Court, Central District of Illinois | 3. Date of Report 05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address United States Courthouse 100 N.E. Monroe, Room 204 Peoria, IL 61602 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shadid, James E.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Morgan Stanly Smith Barney Acct. 1 | A | Interest | K | T | | | | | |
| 2.   IRA 1 - Lines 2-48 | | | | | | | | | |
| 3.   -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 4.   -ABBVIE(ABBV) | A | Int./Div. | K | T | | | | | |
| 5.   -Alphabet Inc. CLC (Goog)See Explanation Part VIII | A | Int./Div. | J | T | | | | | |
| 6.   -Bank of America Corp. (BAC) | A | Int./Div. | K | T | | | | | |
| 7.   -Barrick Gold Corp CAD (ABX) | A | Int./Div. | J | T | | | | | |
| 8.   -Berkshire Hatthaway Inc. CL B (BRK'B) | A | Int./Div. | K | T | | | | | |
| 9.   -Biogen IDEC Inc. (BLLB) | A | Int./Div. | K | T | | | | | |
| 10.   -Brookfield Asset MGNT CL A LTD. (BAM) | A | Int./Div. | J | T | Buy | 10/02/19 | J | | |
| 11.   -Catalyst Millburn HGD Strat (MBXIX) | A | Int./Div. | K | T | Buy | 12/13/19 | K | | |
| 12.   -Chubb Corp. (CB) | A | Int./Div. | J | T | | | | | |
| 13.   -Cisco Sys. Inc. (CSCO) | B | Int./Div. | K | T | | | | | |
| 14.   -EBAY Inc. (EBAY) | A | Int./Div. | J | T | | | | | |
| 15.   -Fluor Corp. New (FLR) | A | Int./Div. | J | T | | | | | |
| 16.   -Freeport McMoran Copper & Gold (FCX) | A | Int./Div. | J | T | | | | | |
| 17.   -Gamestop Corp CLA New (GME) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shadid, James E.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -General Electric | A | Int./Div. | | | Sold | 02/28/19 | J | | |
| 19. -Home Depot Inc. (HD) | A | Int./Div. | K | T | | | | | |
| 20. -Intel Corp. (INTC) | A | Int./Div. | K | T | | | | | |
| 21. -Intl. Business Machines Corp. (IBM) | A | Int./Div. | K | T | | | | | |
| 22. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 23. -Juniper Networks Inc. (JNPR) | A | Int./Div. | J | T | | | | | |
| 24. -Kopernik Glb all Cap Instl (KGGIX) | A | Int./Div. | J | T | | | | | |
| 25. -Kraft Heinz Co. (KHC) | A | Int./Div. | J | T | | | | | |
| 26. -L3 Communications Hldgs Inc. (LLL)(n/k/a L3 Technologies, Inc.) | A | Int./Div. | | | Sold | 07/01/19 | J | | |
| 27. -L3 Harris (LHX) | A | Int./Div. | J | T | Buy | 07/01/19 | J | | |
| 28. -McKesson Corporation (MCK) | A | Int./Div. | J | T | | | | | |
| 29. -Microsoft Corp. (MSFT) | B | Int./Div. | K | T | | | | | |
| 30. -Mondelez Intl. (MDLZ) | A | Int./Div. | J | T | | | | | |
| 31. -Oaktree Capital CP LLC UT-A | A | Int./Div. | | | Redeemed | 10/02/19 | J | | |
| 32. -Pepsico Inc. (PEP) | A | Int./Div. | K | T | | | | | |
| 33. -Paypal Hldgs. (PYPL) | A | Int./Div. | K | T | | | | | |
| 34. -Pfizer Inc. (PFE) | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shadid, James E.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Pimco (PCI) | A | Int./Div. | K | T | | | | | |
| 36.  -State Street Cor. (STT) | A | Int./Div. | K | T | | | | | |
| 37.  -Taiwan Semiconductor Mfg. (TSM) | A | Int./Div. | K | T | | | | | |
| 38.  -Texas Instruments Inc. (TXN) | A | Int./Div. | K | T | | | | | |
| 39.  -United Parcel Service CLB (UPS) | A | Int./Div. | J | T | | | | | |
| 40.  -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 41.  -Viacom Inc. (VIAB) | A | Int./Div. | | | Sold | 12/05/19 | J | | |
| 42.  -Viacom Inc. Class B (VIAC) | A | Int./Div. | J | T | Buy | 12/05/19 | J | | |
| 43.  -VISA Inc. Com CLA (V) | B | Int./Div. | K | T | | | | | |
| 44.  -Vodafone Group PLC Spons (VOD) | A | Int./Div. | J | T | | | | | |
| 45.  -Wabtec (WAB) | A | Int./Div. | K | T | Spinoff<br>(from line 18) | 02/28/19 | J | | |
| 46.  -Walgreens (WAG) n/k/a Walgreen Boots (WBA) | A | Int./Div. | J | T | | | | | |
| 47.  -Walt Disney Co. (DIS) | B | Int./Div. | L | T | | | | | |
| 48.  -Morgan Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | M | T | | | | | |
| 49.  IRA 2 (Lines 50-52) | | | | | | | | | |
| 50.  -Consolidated Edison Inc. (ED) | C | Int./Div. | J | T | | | | | |
| 51.  -Legg Mason CB Large Cap Growth SBLGX | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Morgn Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | J | T | | | | | |
| 53.  Morgan Stanley Smith Barney Acct. 2 (Lines 54-56) | | | | | | | | | |
| 54.  -Legg Mason CB Appreciation CL SHAPX | A | Int./Div. | K | T | | | | | |
| 55.  -Legg Mason Clearbridge Aggress - SHRAX | A | Int./Div. | K | T | | | | | |
| 56.  -Morgan Stanley Smith Barney Bank Deposit Program - Cash | A | Int./Div. | K | T | | | | | |
| 57.  MSSB Acct. 3 (Lines 58-77) | | | | | | | | | |
| 58.  -Bed Bath & Beyond (BBBY) | A | Int./Div. | | | Sold | 03/25/19 | K | | |
| 59.  -Bristol Myers Squibb Co. (BMY) | A | Int./Div. | J | T | Buy | 11/21/19 | J | | |
| 60.  -Bristol Myers Squibb Contng RT (BMYR) | A | Int./Div. | J | T | Buy | 11/21/19 | J | | |
| 61.  -Citigroup Inc. NEW (C) | C | Int./Div. | K | T | | | | | |
| 62.  -Cloudera Inc. (CLDR) | A | Int./Div. | J | T | | | | | |
| 63.  -CVS Healthcorp (CVS) | A | Int./Div. | J | T | Buy | 04/14/19 | J | | |
| 64.  -Delta Airlines (DAL) | A | Int./Div. | K | T | Buy | 01/09/19 | J | | |
| 65.  -Eaton Corp PLC SHS (ETN) | A | Int./Div. | J | T | | | | | |
| 66.  -General Mills (GLS) | A | Int./Div. | J | T | | | | | |
| 67.  -Gilead Science (GILD) | A | Int./Div. | K | T | | | | | |
| 68.  -Hortonworks Inc. Com(HDP) | A | Int./Div. | | | Sold | 01/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shadid, James E.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Intl. Business Machines (IBM) | A | Int./Div. | K | T | | | | | |
| 70.  -Ishares Core MSCI Emerging (IEMG) | A | Int./Div. | K | T | | | | | |
| 71.  -Newel Brands Inc. (NWL) | A | Int./Div. | J | T | | | | | |
| 72.  -SPDR Trust Series 1 (SPY) | A | Int./Div. | L | T | | | | | |
| 73.  -Target | A | Int./Div. | K | T | | | | | |
| 74.  -Viacom (VIAB) | A | Int./Div. | | | Sold | 12/05/19 | J | | |
| 75.  -Viacom Inc. Class B (VIAC) | A | Int./Div. | K | T | Buy | 12/05/19 | K | | |
| 76.  -Walgreen Co. n/k/a Walgreens Boots Alliance (WBA) | B | Int./Div. | J | T | | | | | |
| 77.  - Morgan Stanley Smith Barney - Cash | A | Int./Div. | M | T | | | | | |
| 78.  Morgan Stanley Smith Barney Acct. 4 (All Cash) | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII

Line 10 - Brookfield Asset MGNT CL A LTD (BA<), listed as "buy" in transaction type (D)(1) was exchanged in and replaced by Oaktree Capital (Line 31) which is listed as "redeemed" on October 2, 2019.

Line 18 - General electric is listed as "sold" in transaction type (D)(1) was a "spin-off" to Wabtec (WAB) on February 28, 2019 and listed as same in Line 45.

Line 26 - L3 communications Holding Inc. (LLL), listed as "sold" in transaction type (D)(1) was substituted out for L3 Harris (LHX) listed on Line 27 as "buy" in transaction type (D)(1), which was substituted in on July 1, 2019.

Line 41 - Viacom Inc. (VIAB), listed as "sold" in transaction type (D)(1) was exchanged out on December 4, 2019 and became Viacom Inc. Class B (VIAC), listed on Line 42 which was exhanged in and listed as "buy" in transaction type (D)(1) with same date of December 5, 2019.

Line 62 - Cloudera Inc. (CLDR) is listed as "buy" in transaction type (D)(1) was received in and replaced HortonWorks (Line 68) which is listed as "sold" in transaction type (D)(1) on January 4, 2019.

Line 74 -  Viacom Inc. (VIAB), listed as "sold" in transaction type (D)(1) was exchanged out on December 4, 2019 and became Viacom Inc. Class B (VIAC), listed on Line 75 which was exhanged in and listed as "buy" in transaction type (D)(1) with same date of December 5, 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544